IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **Daniel Dewayne Conner,** ) | |
| **BOP Reg. No. 10888-003,** ) | |
| ) | |
| Petitioner, ) | |
| ) | **Crim. Action No. 18-00005-KD-B** |
| v. ) | **Civil Action No. 24-00131-KD-B** |
| ) | |
| **United States of America,** ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 15, 2024, (Doc. 78), is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Petitioner Daniel Dewayne Conner's amended motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence, (Doc. 71), is **DISMISSED with prejudice** as time-barred pursuant to 28 U.S.C. § 2255(f), and that Petitioner Conner is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the **10th** day of **September 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**